IN THE CHANCERY COURT OF LOWNDES COUNTY, MISSISSIPPI

**BRODERICK SCOTT AND KENYADA SCOTT**                                    **PETITIONERS**

In Re Minor Child K.S.H.

**CAUSE NO. 22-cv-00081-JNS**

**FIRST AMENDED PETITOIN FOR NAME CHANGE OF MINOR CHILD**

**COME NOW, BRODERICK SCOTT AND KENYADA SCOTT,** in the above styled and numbered cause of action, and file this, their *Name Change of Minor Child*, and in support thereof, would show unto this Honorable Court the following facts to-wit:

1. Petitioner Broderick Scott is an adult resident of Columbus, Lowndes County, Mississippi.

2. Petitioner Kenyada Scott is an adult resident of Columbus, Lowndes County, Mississippi.

3. Respondent Mississippi Vital Records, can be served through the Attorney General of Mississippi office.

4. This Court has jurisdiction over this matter pursuant to Miss. Code Ann. § 9-9-9(3).

5. Minor Child Ka'Mia Seanna Harris (identified in the case heading and herein as K.S.H) was born on July 24, 2018 in Starkville, Oktibbeha County, Mississippi. ***See* K.S.H. Birth Certificate Attached as Exhibit A to [Doc. 2].**

6. Petitioner Broderick Scott voluntarily acknowledges that he is the father of Minor Child K.S.H. ***See* Affidavit Attached as Exhibit B to [Doc. 2].**

7. Petitioner Broderick Scott has also been determined to be the father of the minor child by DNA. ***See* DNA Report from DDC Attached as Exhibit C to [Doc. 2].**

8. It is undisputed that Kenyada Scott is the mother of Minor Child K.S.H.

9. Petitioner Broderick Scott and Kenyda Scott were married on February 13, 2021.

**WHEREFORE PREMISES CONSIDERED**, the Petitioners pray that this Honorable Court:

1. Order that the birth certificate of Minor K.S.H. be changed to reflect that Broderick Scott is the father of Minor Child K.S.H. and that Broderick Scott's date of birth is February 13, 1993 and should also be reflected on the Minor Child birth certificate;

2. Order that Ka'mia Seanna Harris's surname be changed to Scott;

The parties pray for such other, general and/or specific relief as they may be entitled to in law and in equity.

Respectfully submitted this the 5th day of April, 2022.

**Broderick Scott,**

_____
**By His Attorney**

*Prepared by:*

**Rod G. Hickman, MSB 105527**
Hickman Fondren, PLLC
2829 Jefferson Street
Post Office Box 149
Macon, Mississippi 39341
601-202-1185
rod@hickmanfondren.com